1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL F., an individual, | ) | CASE NO. 15-cv-00979 CBM(Ex) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | **[JS-6]** |
| | ) | |
| AURORA VISTA DEL MAR, LLC, dba AURORA VISTA DEL MAR HOSPITAL; JUAN VALENCIA, an individual; and COUNTY OF DOES 1-45, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

In accordance with the Court's Order issued on June 18, 2015, Judgment is hereby entered in favor of Defendant Aurora Vista Del Mar Hospital, LLC as to Plaintiff's Third Cause of Action brought under 42 U.S.C. § 1983.

**IT IS SO ORDERED.**

DATED: June 18, 2015

_____
Honorable Consuelo B. Marshall
United States District Judge